## Ex parte Negrón, Peticionario.

Moción para que se le admita a examen de derecho penal para el ejercicio de la abogacía.

No. 15.—Resuelto en febrero 26, 1915.

Abogados—Exámenes para la Admisión al Ejercicio de la Abogacía—Aprobación de Cursos y Nó de Asignaturas.—De acuerdo con la sección 3 de la ley determinando reglas para el ejercicio de la abogacía en Puerto Rico, de 8 de marzo de 1906, enmendada por Ley No. 51 de marzo 9, 1911, solo será aprobado el que en la calificación general haya obtenido un promedio de 75 por ciento en cada uno de los cursos, y por tanto la obtención de 75 puntos en algunas de las asignaturas no releva de sufrir nuevos exámenes de las mismas.

Los hechos están expresados en la resolución.

El peticionario compareció por escrito en nombre propio.

### RESOLUCIÓN DEL TRIBUNAL.

Por cuanto, con fecha 18 de febrero, 1915, ha sido presentada por Fabriciano Negrón una petición sobre admisión a examen de abogado, alegando haber obtenido en los exámenes celebrados en el mes de noviembre del año próximo pasado, 1914, un promedio de 75 puntos en cada una de las asignaturas del primer curso, como sigue: Derecho Natural, Derecho Civil, Medicina Legal, Derecho Político, Insular y Federal, y Legislación Notarial, y un promedio de 60 puntos en la asignatura Derecho Penal.

Por cuanto, solicita en su dicha moción que habiendo obtenido tales calificaciones en las referidas asignaturas se le admita a examen de derecho penal únicamente en los exámenes que tendrán lugar en el mes de marzo próximo, o en su defecto, en los de noviembre del corriente año, para completar el primer curso de derecho.

Por cuanto, en la sección 3 de la ley determinando reglas para el ejercicio de la abogacía en Puerto Rico de 8 de marzo de 1906, enmendada por Ley No. 51 de marzo 9, 1911, se dispone que sólo será aprobado el que en la calificación general haya obtenido un promedio de 75 por ciento en cada uno de

los cursos, habiendo quedado el peticionario suspendido en el primer curso, sin que haya sido aprobado en ninguna de las asignaturas que lo integran, pues la aprobación o suspensión ha de referirse a los cursos y no a las asignaturas.

Por tanto, se declara sin lugar la instancia del peticionario Fabriciano Negrón Rodríguez.

*Sin lugar la moción.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro, Aldrey y Hutchison.